

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Connie Ray Palmer, TDCJ #1583752,
Appellant

No. 06-20-00094-CV          v.

Shavonda D. Howard, et al., Appellee

Appeal from the 12th District Court of Walker County, Texas (Tr. Ct. No. 2029732). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Connie Ray Palmer, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 20, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk